

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-16,658-02

### EX PARTE CHESTER DUANE MILLER, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 6225-A IN THE 259TH DISTRICT COURT
### FROM JONES COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of murder and sentenced to sixty years' imprisonment.

Applicant alleges the failure to award him good time credits and to adjust his time earning status violates his right to due process. The habeas court, after receiving an affidavit from TDCJ detailing the status of Applicant's time credits, recommends that this Court grant Applicant the time to which he is entitled. According to TDCJ, Applicant's time was adjusted in March 2016 to reflect that he completed an on the job training program in December 2000.

This Court does not consider matters such as loss of good time credit, disciplinary proceedings, and inmate classification by way of a writ of habeas corpus. *Ex parte Palomo*, 759 S.W.2d 671, 674 (Tex. Crim. App. 1988); *Ex parte Brager*, 704 S.W.2d 46 (Tex. Crim. App. 1986). Applicant's claim is not cognizable on habeas corpus. We deny relief.

Filed: June 8, 2016
Do not publish